IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-CR-3069-MWB |
| Plaintiff, | **INDICTMENT** |
| vs. | Count 1 |
| JOSE MANUEL ALVAREZ, | 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)<br>21 U.S.C. § 846: Conspiracy to |
| Defendant. | Distribute a Controlled Substance |
| | Count 2<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B): Distribute a Controlled Substance |

The Grand Jury charges:

## Count 1
### Conspiracy to Distribute a Controlled Substance

Beginning on or about June 2014, and continuing to on or about December 2014, in the Northern District of Iowa and elsewhere, defendant JOSE MANUEL ALVAREZ, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine which contained 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

1

## Count 2
### Distribute a Controlled Substance

On or about November 6, 2014, in the Northern District of Iowa, defendant JOSE MANUEL ALVAREZ did knowingly and intentionally distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL

/s/
Grand Jury Foreperson    12-17-2014
                         Date

KEVIN W. TECHAU
United States Attorney

By: [signature]

SHAWN S. WEHDE
Assistant United States Attorney

PRESENTED IN OPEN COURT BY THE FOREMAN OF THE GRAND JURY
And filed DEC 17 2014
ROBERT L. PHELPS, CLERK