IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>　　　　Plaintiff, </br></br> vs. </br></br> JOSE MANUEL ALVAREZ, </br></br>　　　　Defendant. | No. 14-CR-3069-MWB |

## ORDER SEALING INDICTMENT AND WARRANT

For cause, it is

ORDERED

That the Indictment and Warrant in this matter are sealed until the arrest of the defendant.

Dated this 17 day of December, 2014.

_____
LEONARD T. STRAND
Magistrate Judge
Northern District of Iowa